■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE KENNERLY, Appellant. [704 NYS2d 489] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered October 21, 1998, convicting him of criminal possession of stolen property in the fifth degree and jostling, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court's *Sandoval* ruling was a provident exercise of discretion. The court balanced the relevant factors and formulated an appropriate compromise (*see, People v Walker,* 83 NY2d 455, 458-459; *People v Sandoval,* 34 NY2d

371). O'Brien, J. P., Friedmann, Florio and Schmidt, JJ., concur.